UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AGNIESZKA CHOMICZ<br><br>      Plaintiff,<br><br> -against-<br><br>BDO USA, P.C.<br><br>      Defendant. | 24-CV-9859 (VSB) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

 As discussed at the discovery conference held on September 12, 2025. Plaintiff's request for discovery (ECF 39) is DENIED IN PART and GRANTED IN PART as follows:

 (1) Defendants shall search for and produce documents reflecting complaints by other company employees about Plaintiff's former supervisor for any reasons other than his skill as a tax professional;

 (2) Plaintiff's application for production of documents reflecting a general culture of sex discrimination at the company is denied without prejudice to a renewed application on a stronger factual showing of relevance;

 (3) Defendants shall produce comparator information for employees of the New York office with the same title as Plaintiff, and the parties shall meet and confer on production of such information for employees of the other Northeast area offices with the same title as Plaintiff and for employees in the New York office with different titles from Plaintiff who did similar work;

(4) Defendants shall review the complaints against Plaintiff's former supervisor that they have logged as privileged to determine whether the documents can be produced in redacted form;

(5) Plaintiff's application for production of documents relating to her former supervisor's separation from the company is denied except to the extent there are documents indicating that a reason for his separation was any allegation that he sexually harassed or discriminated against company employees; and

(6) Defendants review the documents relating to Plaintiff's unemployment insurance application to see if they intend to stand on their position that such documents are privileged.

If the parties are unable to reach an agreement as to item (3) above, the parties may submit letters on the docket **by September 22, 2025** on the question whether a comparator may have a different title than an employment discrimination plaintiff. If the parties are unable to reach an agreement as to items (4) and (6) above, Defendants shall provide the documents to the Court for in camera review by **September 22, 2025.**

The Clerk of Court is respectfully requested to terminate ECF 39.

DATED:  September 12, 2025
       New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge