UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Agnieszka Chomicz,<br><br>                    Plaintiff,<br><br>        -against-<br>BDO USA, P.C.,<br><br>                    Defendant. | 24-CV-9859 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **Wednesday, January 7, 2026  at 10:30 AM.**
The parties should be prepared to discuss the status of the case. The parties are directed to join
the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 499 389 418#.


DATED:  December 30, 2025                         SO ORDERED.
          New York, NY

                                                 _____
                                                 **ROBYN F. TARNOFSKY**
                                                 United States Magistrate Judge