UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AGNIESZKA CHOMICZ<br><br>                    Plaintiff,<br><br>     -against-<br><br>BDO USA, P.C.<br><br>                    Defendant. | 24-CV-9859 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on January 7, 2026, the parties informed the Court that discovery in this matter is complete. The parties shall file a joint letter by **January 12, 2026**, indicating whether they would prefer a mediation referral order or a settlement conference. Defendant anticipates filing a motion for summary judgment. Any such motion shall be filed by **February 27, 2026**; opposition papers shall be filed by **March 27, 2026**; and reply papers shall be filed by **April 15, 2026**. Defendant's anticipated Daubert motion addressing Plaintiff's damages expert shall be filed within **three weeks** of a decision on the anticipated summary judgment that does not fully dispose of the case. If such a motion is filed, a briefing schedule shall be set at that time.

Dated: January 7, 2026
        New York, NY

SO ORDERED.

_____

**ROBYN F. TANOFSKY**
**United States Magistrate Judge**