Joseph & Norinsberg
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

**Via ECF *Only***
The Honorable Robyn F. Tarnofsky, U.S.M.J.
United States District Court, S.D.N.Y
500 Pearl St., Courtroom 9B
New York, NY 10007

***Re: Chomicz v. BDO USA, P.C.***

Dear Judge Tarnofsky:

Jon L. Norinsberg and Joseph & Norinsberg LLC respectfully request that their appearance as counsel for Plaintiff in the above-captioned action be withdrawn and further request that Jon L. Norinsberg and Joseph & Norinsberg LLC be removed from the Court's and parties' service lists.

Plaintiff will continue to be represented by Michelle Caiola, Esq., and no party will be prejudiced if this motion is granted. Plaintiff's representation will remain uninterrupted and will not cause any delay or prejudice in these proceedings.

**WHEREFORE**, Jon L. Norinsberg and Joseph & Norinsberg LLC respectfully request that the Court permit their withdrawal as counsel for Plaintiff in this matter.

Dated: New York, New York
March 20, 2026

Respectfully Submitted,

JOSEPH & NORINSBERG, PLLC

Jon L. Norinsberg, Esq.
825 Third Avenue, Suite 2100
New York, NY 10022
Tel: (212) 227-5700
Fax: (212) 406-6890
jon@norinsberglaw.com