**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AGNIESZKA CHOMICZ,<br><br>*Plaintiff*,<br><br>- against -<br><br>BDO USA, P.C.,<br><br>*Defendant*. | Case No. 1-24-cv-9859 (VSB) (RFT) |

**NICHOLAS MEYER'S MOTION TO WITHDRAWAL AS COUNSEL**

I, Nicholas Meyer, an Associate at McDermott Will & Schulte LLP ("McDermott") and co-counsel to Defendant BDO USA P.C., ("BDO") in the above captioned case, submit this motion (the "Motion") for entry of an order under Local Rule 1.4(b) authorizing the withdrawal of my appearance as BDO's counsel in the above-captioned case. The grounds for this motion are as follows:

Plaintiff Agnieszka Chomicz filed a complaint against BDO in the Supreme Court of New York, New York County on November 19, 2023. BDO timely removed the matter to the United States District Court for the Southern District of New York on December 20, 2024. Discovery is now closed. BDO timely filed its motion for summary judgment on February 27, 2026; Plaintiff has not yet filed opposition.

BDO is now represented by Dechert LLP ("Dechert"). Michael Sheehan, Julie McConnell, and Nicolle Jacoby, currently attorneys of record, are affiliated with Dechert and will continue to be attorneys of record for BDO in this case. As BDO is no longer represented by McDermott and I am affiliated with McDermott, I will no longer serve as counsel for BDO. The proposed withdrawal will not impact any existing court deadlines or dates in this matter, nor will it involve

assertion of a retaining or charging lien. A proposed order is attached to this motion. I hereby submit that satisfactory reasons exist for my withdrawal of counsel pursuant to Local Rule 1.4(b).

Dated: March 24, 2026

Respectfully Submitted,

*/s/ Nicholas Meyer*
Nicholas Meyer
McDermott Will & Schulte LLP
One Vanderbilt Avenue
New York, NY 10017
nmeyer@mcdermottlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed via CM/ECF and electronic notice was sent to all attorneys of record in this action.

Dated: March 24, 2026

*/s/ Nicholas Meyer*
Nicholas Meyer