

## PHILLIPS & ASSOCIATES

*Attorneys at Law*
45 BROADWAY, 28TH FLOOR, NEW YORK, NEW YORK  10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

March 24, 2026

**Via ECF:**
The Honorable Vernon Broderick
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

Re:    ***Chomicz v. BDO USA P.C.***
       Docket No.: 1:24-cv-09859-VSB-RFT

Dear Judge Broderick:

Plaintiff Agnieszka Chomicz ("Plaintiff") submits this letter to respectfully request an extension of the briefing schedule for Defendant's Motion for Summary Judgment (ECF No. 67) Specifically, Plaintiff requests her Opposition due date, currently March 27, 2026, be extended to April 15, 2026.

Defendant consents to this extension, and accordingly, request their Reply be extended from April 15, 2026, to May 5, 2026. This is the first extension requested of the briefing schedule for this motion. The undersigned, Plaintiff's lead counsel, has changed law firms as of yesterday, and the extension will allow adequate time to account for the case transfer.

We appreciate the Court's consideration of this matter.

Application **GRANTED.** Plaintiff's Opposition shall be due by **April 15, 2026**; Defendant's reply shall be due by **May 5, 2026.**

The Clerk of Court is respectfully requested to terminate ECF 75.

Dated: March 25, 2026
   New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted,

**PHILLIPS & ASSOCIATES
ATTORNEYS AT LAW, PLLC**

_____
Michelle A. Caiola, Esq.
*Attorney for Plaintiff*
45 Broadway, 28th Floor
New York, New York 10006
T: (212) 248-7431
MCaiola@TPGLaws.com

1